RECEIVED
SDNY PRO SE OFFICE

2022 MAR 23   PM 2: 53

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Keith Wilkinson
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Jaita Collado

(List the full name(s) of the defendant(s)/respondent(s).)

Memo Endorsed
*See Page 2*

22 CV 1702 ( CS )(JCM)

**Application for the Court to Request Pro Bono Counsel**

I ask the Court to request a pro bono attorney to represent me in this action.

1.  Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

    ☑ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

    ☐ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

    ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2.  Explain why you need an attorney in this case. (Please note that requests for pro bono counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.)

(See attachment) (SEE Copy of Motion previously sent attached)

---

PRO SE INTAKE WINDOW LOCATIONS:
40 FOLEY SQUARE| NEW YORK, NY 10007
300 QUARROPAS STREET| WHITE PLAINS, NY 10601

MAILING ADDRESS:
500 PEARL STREET| NEW YORK, NY 10007
PRO SE INTAKE UNIT: 212-805-0136

Rev. 4/14/2021

3. Explain what steps you have taken to find an attorney. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I've wrote & asked Paul, Weiss, Rifkind, Wharton (& Garrison LLP - "...not in a position to assist you." Appellate Counsel (Thomas Keating) - "...wrote the courts and ask for Assignment of counsel." ⭐ A couple more but they have never wrote back. ⭐

4. If you speak a language other than English, state the language: _____. (The Court may not be able to find a volunteer attorney who speaks your language.)

I understand that if an attorney volunteers to represent me and learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

I understand that even if the Court grants this application, there is no guarantee that an attorney will volunteer to represent me.

Date: 3/20/22

Signature: H. Wilkinson

Name (Last, First, MI): Wilkinson Keith-Marcus J

Prison Identification # (if incarcerated): #11A1608

Address: 200 Quick Road   City: Wallkill   State: N.Y.   Zip Code: 12589

Telephone Number: N/A

E-mail Address (if available): N/A

**SO ORDERED:**

Respondent is directed to respond to this application by April 1, 2022. The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Petitioner.

Judith C. McCarthy   3-24-22

JUDITH C. McCARTHY
United States Magistrate Judge